**Dismiss and Opinion Filed March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00285-CR
No. 05-14-00286-CR
No. 05-14-00287-CR
No. 05-14-00288-CR

**CARLOS ESPINOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause Nos. F13-24014-X, F13-24024-X, F13-24036-X, F13-24037-X

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

Carlos Espinoza was convicted of indecency with a child and three aggravated sexual assault of a child offenses. Pursuant to plea agreements, the trial court assessed punishment at twenty years' imprisonment and a $2,500 fine on the indecency with a child conviction and twenty-five years' imprisonment and a $3,000 fine on each aggravated sexual assault conviction. Appellant waived his right to appeal the cases as part of the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 218–20 (Tex. Crim. App. 2000). In each case, the trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140285F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARLOS ESPINOZA, Appellant

No. 05-14-00285-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F13-24014-X.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered March 18, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–3–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARLOS ESPINOZA, Appellant

No. 05-14-00286-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F13-24024-X.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered March 18, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

–4–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARLOS ESPINOZA, Appellant

No. 05-14-00287-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F13-24036-X.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered March 18, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLOS ESPINOZA, Appellant

No. 05-14-00288-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F13-24037-X.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered March 18, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE